SHANA DENISE RUFFIN          NELNET
10472 GORENFLO RD            PO BOX 82561
APT 821                      LINCOLN, NE 68501
DIBERVILLE, MS 39540

THOMAS C. ROLLINS, JR.       SUNBELT FEDERAL CU
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTCY
P.O. BOX 13767               6885 US HWY 49
JACKSON, MS 39236            HATTIESBURG, MS 39402

AARONS
400 GALLERIA PKWY SE
STE 300
ATLANTA, GA 30339

CAROLYN BRACKS
7400 GORENFLO RD
APT C112
BILOXI, MS 39532

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

LEND NATION
1735 PASS RD
BILOXI, MS 39531

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

NATIONAL CREDIT
ATTN: BANKRUPTCY
PO BOX 3023
HUTCHINSON, KS 67504