Certificate Number: 17082-MSS-DE-041380845

Bankruptcy Case Number: 26-50877

17082-MSS-DE-041380845

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2026, at 2:26 o'clock AM MST, SHANA D RUFFIN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 28, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director